UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHELTON HOLT,

        Plaintiffs,

- against -

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------------------------------X

**JUDGMENT**
13-CV-0469 (RRM) (SMG)

A Memorandum and Order of the undersigned having been filed this day, dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendant and the complaint is hereby dismissed.

SO ORDERED.

Dated: Brooklyn, New York
      September 30, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge